# Exhibit 3

## DECLARATION OF WARREN B. COLE

I, **Warren B. Cole,** pursuant to 28 U.S.C. § 1746, being over the age of eighteen and competent to testify about the matters contained herein, hereby declare under penalty of perjury as follows:

1. Attached as Exhibit A is a copy of a letter I sent to Attorney Russell Pate via email and USPS First Class Mail on or about May 24, 2021.

2. Attached as Exhibit B is an email string dated on or about May 24, 2021, which I received from Attorney Pate in response to my letter dated May 24, 2021.

This Declaration is executed by me in St. Croix, Virgin Islands, on June 2, 2021.


_____

Warren B. Cole

# Exhibit A

HUNTER & COLE

THE PENTHENY BUILDING
1138 KING STREET
STE. 3
CHRISTIANSTED, VI 00820-4943

RICHARD H. HUNTER
WARREN B. COLE

(340) 773-3535
FAX (340) 778-8241
e-mail: thefirm@huntercolevi.com
www.huntercolevi.com

May 24, 2021

J. Russel B. Pate, Esq.
The Pate Law Firm
P.O. Box 370
Christiansted, VI 00821

Re: Service on Cosmogony II

Russel:

My client, John Wessel and I, are in receipt of your letters dated April 29, 2021, providing notice of filing of a number of Superior Court cases against Cosmogony II, Inc. and others

Neither Mr. Wessel nor I are agents of Cosmogony II, Inc. in any capacity.

Very truly yours,

Warren B. Cole

WBC/rb

Copy via email: pate@sunlawvi.com

cc: John Wessel

# Exhibit B

**Warren Bruce Cole**

| | |
|---|---|
| **From:** | Russell Pate <pate@sunlawvi.com> |
| **Sent:** | Monday, May 24, 2021 2:02 PM |
| **To:** | Warren Bruce Cole |
| **Subject:** | RE: Cosmogony II, Inc. |

Dear Attorney Cole,

As further explanation, the resident agent information has not been updated.  Pursuant to statute, when the resident agent information is incorrect, out-of-date, or if the resident agent is not on-island, service upon the Lt. Gov's Office is deemed proper service.

That's why your letter saying "we are not the agents" doesn't work – as you know the resident agents are incorrect/out-of-date, thus not in compliance with the law.

We are happy to work with you to reach some type of stipulation to file an answer or other pleading.  However, absent some mutual cooperation, we can rightly pursue our remedies in default (which means you would just have to continually be checking the docket – then swoop in an move to set aside – which will actually support our arguments that your office and Wessel had actual notice, thus the defendant's delay was purely tactical.)

In sum, working together would eliminate that risk for your client – and save my team some extra work.

Warm Caribbean Regards,
Russell

J. Russell B. Pate, Esq.
The Pate Law Firm
P.O. Box 370
Christiansted, V.I. 00821-0370
(340) 777-PATE (7283) Office
(340) 690-PATE (7283) Cell
(888) 889-1132 Fax
www.SunLawVI.com

**From:** Russell Pate
**Sent:** Monday, May 24, 2021 11:44 AM
**To:** Warren Bruce Cole <WBCOLE@huntercolevi.com>
**Subject:** RE: Cosmogony II, Inc.

Dear Attorney Cole,

1

Thank you for your letter.

This is why we also serve the Lieutenant Governor's Office.

At the appropriate time we will start filing our motions for default.  I'm certain that you or some other attorney will be retained at some time to try to vacate the motions for default – which will be much harder considering that you as counsel for Wessel and Wessel himself received personal service – which is the whole purpose of service of process, to provide notice.

Warm Caribbean Regards,
Russell

J. Russell B. Pate, Esq.
The Pate Law Firm
P.O. Box 370
Christiansted, V.I. 00821-0370
(340) 777-PATE (7283) Office
(340) 690-PATE (7283) Cell
(888) 889-1132 Fax
www.SunLawVI.com

---

**From:** Warren Bruce Cole <WBCOLE@huntercolevi.com>
**Sent:** Monday, May 24, 2021 11:27 AM
**To:** Russell Pate <pate@sunlawvi.com>
**Subject:** Cosmogony II, Inc.

Dear Russel:

Please see attached correspondence.

Best regards,

Bruce Cole

2